IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
-----------------------------------------------------------------X

LEH CHU ENTERPRISE CO., LTD.,

    Plaintiff,

    v.

HARBOR FREIGHT TOOLS USA, INC.,

    Defendant.
-----------------------------------------------------------------X

**FILED**

2010 SEP 21 P 3: 23

Civil Action No.

U.S. DISTRICT COURT
BRIDGEPORT, CONN

COMPLAINT
AND
DEMAND FOR
JURY TRIAL

**3 1 0 C V 1 5 0 0 CFD**

Leh Chu Enterprise Co., Ltd., by and through its attorneys, state the following as their complaint against Harbor Freight Tools USA, Inc.

## The Parties

1.    Plaintiff Leh Chu Enterprise Co., Ltd., (hereinafter, "Leh Chu") is a corporation created under the laws of Taiwan having its principal place of business at 9F, No. 61, Sec. 2, Gongyi Rd., Nantun District, Taichung City 408, Taiwan, R.O.C.

2. Plaintiff Leh Chu is in the business of manufacturing and selling tools and related products, including rechargeable flashlights that may be recharged by an electrical generator, which is contained within the body of the flashlight and which generator may be cranked by a crank handle mounted on the housing of the flashlight. Le Chu markets its flashlights in the United States through ICC Innovative Concepts Corporation located at 200 Smith Way, Canton, Connecticut 06019.

3.     Upon information and belief, Defendant Harbor Freight Tools USA, Inc. is a corporation organized and existing under the laws of the State of Delaware and having a place of business at 3491 Mission Oaks Blvd., Camarillo, California 93012.

4.     Defendant has manufactured and/or exported from and/or imported into the United States and/or distributed and/or sold rechargeable flashlights that may be recharged by an electrical generator, which is contained within the body of the flashlight and which generator may be cranked by a crank handle mounted on the housing of the flashlight.

## Jurisdiction

5.     Jurisdiction is founded on the existence of a federal question arising under the Patent Act of 1952, more particularly for patent infringement arising under the Acts of Congress relating to patents, 35 U.S.C.  §§ 271; 281-285.  This court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6.     Jurisdiction is also based on diversity of citizenship, 28 U.S.C. §§ 1332 and 1338(a), as the defendant is a Delaware corporation with a principal place of business in California, and Plaintiff Leh Chu is a Taiwanese corporation.

7.     This is also an action for trade dress infringement.  The Court has jurisdiction of the federal trade dress claims under Sections 43(a) of the Trademark Act of 1946, 15 U.S.C. §§ 1121 and 1125(a), and the Judicial Code, 28 U.S.C. § 1331(a),

2

any of the Lanham Act §§ 1332 and 1338 (a) in that this case arises under the trademark laws of the United States, 15 U.S.C. § 1051 et seq., as hereinafter more fully appears.

8.      The Court has jurisdiction over related claims arising under the law of the State of Connecticut under the provisions of 28 U.S.C. § 1338(b) in that said claims are joined with a substantial and related claim under the trademark laws of the United States, 15 U.S.C. § 1051 et seq. and/or the patent laws of the United States 35 U.S.C. § 101 et seq.

9.      Venue is based on 28 U.S.C. §§ 1391(c) and 1400(a).

## COUNT ONE

### Design Patent Infringement

10.      As a cause of action and ground for relief, Plaintiff allege and incorporate by reference paragraphs 1 through 9 of this complaint as a part of this Count.

11.      Plaintiff Leh Chu is the owner of all rights under the United States Design Patent No. D 520,160 S, entitled "Flashlight Device" (hereinafter, the "Design Patent") drawn to an ornamental design for a flashlight.

12.      On May 2, 2006, the Design Patent was duly and legally issued to Plaintiff Leh Chu, as assignee of Wen Sung Lee.  A copy of the Design Patent is

3

attached as Exhibit A. Plaintiff Leh Chu is the owner by assignment of rights under the Design Patent, including the right to bring action against Defendant as an infringer of the Design Patent.

13. Defendant has manufactured, used, sold, and/or offered for sale in the United States products that (a) embody the sculptural and graphic design of the flashlight illustrated in the Design Patent, and (b) infringe the Design Patent.

14. Plaintiff Leh Chu has never authorized Defendant at any time to make, use or sell any products covered by the Design Patent.

15. Plaintiff has been damaged by Defendant's infringement of the Design Patent. Such damage includes, without limitation, lost profits, and/or royalty income, and/or damages on account of convoyed sales, and the Defendant has been unjustly enriched by such infringement, on account of profits and/or convoyed sales. Plaintiff has also suffered irreparable harm by Defendant's infringement of the Design Patent and will continue to suffer irreparable harm in the future unless Defendant is preliminarily and permanently enjoined from infringing the Design Patent.

16. Defendant has had actual and/or constructive knowledge of the Design Patent, and its infringement of the Design Patent has been, and continues to be, willful, wanton, malicious and deliberate. The circumstances of such infringement warrant finding the above-complained of infringement to be an exceptional one.

4

## COUNT TWO

### Federal Unfair Competition

17.    As a cause of action and ground for relief, Plaintiff alleges and incorporates by reference paragraphs 1 through 16 of this complaint as a part of this Count.

18.    Plaintiff, long prior to the acts complained of herein, has been and is now engaged in interstate commerce and/or the foreign commerce of the United States by virtue of the ongoing sales of a wide and diverse line of tools, and other related products, including the above crank-rechargeable flashlights having the design of the flashlight illustrated in Exhibit B, and variations thereof (hereinafter "Infringed Products"), and which are the subject of this litigation.

19.    The Infringed Products have been sold in great numbers for many years and continue to be extensively sold.

20.    The appearance of the Infringed Products (hereinafter, the "Trade Dress"), more particularly, the product appearance including the sculptural configuration and/or graphic tone and  / or color design features, is a protectable trade dress under §43(a) of the Lanham Act, which has been infringed by Defendant (See, Exhibit C, (images of Defendant's Infringing Products).   Plaintiff derives substantial benefits from selling products bearing the Trade Dress.

5

21.     Plaintiff Leh Chu's crank-rechargeable flashlights include the following elements: (i) an overall curved non-cylindrical body shape, (ii) a pearlescent silver painted tool body, (iii) an actuator button on top, (iv) a band disposed around the actuator button, (v) a pair of side grip-like members with an ornamentally configured shape and (vi) a bottom crank.

22.     At least some of Defendant's products also have the following elements: (i) an overall curved non-cylindrical body shape, (ii) a pearlescent silver painted tool body, (iii) an actuator button on top, (iv) a band disposed around the actuator button, (v) a pair of side grip-like members with an ornamentally configured shape and (vi) a bottom crank.

23.     Plaintiff has used and continues to use its distinctive Trade Dress and, by virtue of widespread sales, the Trade Dress has come to indicate origin with Plaintiff Leh Chu.  Plaintiff, by virtue of said use on the goods, and through Plaintiff's business and quality standards, has obtained a reputation of the highest quality.  Such reputation has given Plaintiff and the Infringed Products and other products of plaintiff a pre-eminent position in the marketplace.

24.     The design of the Infringed Products itself, namely its configuration, is a protectable trade dress under §43(a) of the Lanham Act, which has been infringed by Defendant and continues to be infringed on account of Defendant's sale in commerce of Defendant's product.

6

25.     Plaintiff has incurred great expense and has devoted substantial resources to make the Infringed Products famous and readily recognizable to consumers.  Plaintiff's investments and efforts has been successful as the Trade Dress has become highly distinctive in the marketplace and denotes to purchasers a line of goods which originate with Plaintiff Leh Chu.

26.     Upon information and belief, long after Plaintiff Leh Chu's creation of the Infringed Products, Defendant, with actual and/or constructive knowledge of Plaintiff Leh Chu's Trade Dress, without any authorization from Plaintiff Leh Chu, and in contravention of Plaintiff Leh Chu's trade dress rights, adopted and used a product configuration for its crank-rechargeable flashlights calculated to capitalize on the goodwill and reputation of  Plaintiff Leh Chu's Trade Dress.  Defendant had as its objective to mimic the distinctive elements of the Trade Dress as a means for unfairly taking advantage of and profiting from the Infringed Products' image and Plaintiff's reputation in the marketplace and unfairly increasing the sale of Defendant's copycat flashlights.   Defendant has distributed and continues to distribute in interstate commerce to the public, copycat flashlights bearing an infringing derivative version of the distinctive features and layout of the Infringed Products' Trade Dress for Defendant's own commercial advantage.

27.     Defendant has used and continues to use derivatives, and/or colorable imitations of Plaintiff Leh Chu's Trade Dress in direct competition with Plaintiff.

7

Defendant has used and continues to use these infringing derivatives and/or colorable imitations of Plaintiff Leh Chu's Trade Dress in connection with sales, offering for sale or distribution, advertising and promotion of goods in a manner that is likely to cause confusion or mistake or to deceive purchasers as to the source of origin of such goods.

28.     Defendant has deliberately misled and will continue to mislead purchasers, and prospective purchasers, as well as the public at large, to believe, contrary to fact, that Defendant's goods are manufactured, marketed, sponsored or endorsed by, or affiliated with Plaintiff.  Defendant is unfairly competing with Plaintiff by trading on and disparaging Plaintiff's goodwill symbolized by its Trade Dress.

29.     Defendant's acts are a false description and representation that said goods are made by, sponsored by and/or affiliated with Plaintiff Leh Chu.  Said acts are in violation of 15 U.S.C. § 1125(a) in that Defendant has used, in connection with goods, a false designation of origin and a false description and representation, including words, reproductions and other symbols tending to falsely describe or represent the same and have caused such goods to enter into interstate commerce, and/or are in violation of §43 of the Lanham Act as constituting dilution of the Trade Dress and rights and profits relating to it.

8

30.     As a direct and proximate result of these acts of unfair competition, trade dress infringement and false designation of origin, Plaintiff has sustained and will continue to sustain monetary damages and irreparable injury to their business, goodwill, reputation and profits, in an amount not presently known but believed to be in excess of $500,000.  Plaintiff is entitled to judgment for Defendant's profits and any damages sustained by Plaintiffs in consequence of the deliberate nature of the infringement by Defendant in an amount equaling three times said damages.

31.     By reason of the acts of Defendant herein alleged, Plaintiff has been damaged, and, unless restrained and enjoined preliminarily and permanently, Defendant has and will continue to deceive the public, and otherwise will cause Plaintiff immediate and irreparable harm.

## COUNT THREE

### STATE LAW-UNFAIR COMPETITION

32. As a cause of action and ground for relief, Plaintiff alleges and incorporates by reference paragraphs 1 through 31 of this complaint as a part of this Count.

33. Defendant's acts, complained of above, constitute violation of Plaintiff's rights under the common law and statutory law of the several states.

## Prayer for Relief

WHEREFORE, Plaintiff prays for the following relief:

a. A judgment that the Design Patent and the Trade Dress are good and that Defendant has infringed the Design Patent, and the same are valid at law;

b. A preliminary injunction enjoining and restraining Defendant, its officers, directors, agents, servants, employees, attorneys and all others acting under or through them, directly or indirectly, from infringing the Design Patent and the Trade Dress of Plaintiff;

c. A permanent injunction enjoining and restraining Defendant, its officers, directors, agents, servants, employees, attorneys, and all others acting under or through it, directly or indirectly, from infringing rights of Plaintiff;

d. A judgment and order requiring Defendant to pay damages under 35 U.S.C. § 284, with prejudgment interest;

e. A judgment and order trebling the damages payable by Defendant, pursuant to 35 U.S.C. § 285.

f. For a preliminary and final injunction restraining Defendant, its agents, servants, employees, successors, assigns and those in privity and/or concert with it

10

from using Plaintiff Leh Chu's product designs, trademarks, or any other designations closely similar thereto, and from infringing the Design Patent and the Trade Dress of Plaintiff Leh Chu;

g. For an order requiring Defendant to recall from its distributors, wholesalers, retailers and customers any product bearing any reproduction, counterfeit, copy or colorable imitation of the Trade Dress, or infringing the Design Patent.

h. For an order requiring Defendant to be required to account to Plaintiff for any and all profits derived by Defendant from the sale of its goods and for all damages sustained by Plaintiff by reason of said acts of trade dress infringement and unfair competition complained herein.

i. For a judgment according to the circumstances of the case, for such sum above the amount found in actual damages, but not to exceed three times such amount as the Court may deem just.

j. For an order requiring that all products, documents, materials, labels, signs, products, packages, wrappings, receptacles and advertisements in Defendant's possession or control bearing the designs or any reproduction, counterfeit, copy or colorable imitation thereof, and all plates, molds, matrices, and other means of making the same shall be delivered up and destroyed.

11

k. A judgment and order directing Defendant to pay the costs of this action (including all disbursements) and attorneys' fees; and

l. Such other and further relief as this Court may deem just and equitable.

Dated:  08/23/2010

By: _____

Anthony H. Handal (CT03837)
Handal & Morofsky
Attorney for Plaintiff
501 Kings Highway East
Fairfield, CT 06825
917 880 0811
handal@HandalGlobal.com

12

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury of all issues so triable.

Dated:  August 24, 2010

By: _____

Anthony H. Handal (CT03837)
Handal & Morofsky
Attorney for Plaintiff
501 Kings Highway East
Fairfield, CT 06825.

8158194 v1

# EXHIBIT A

US006808290B2

## (12) United States Patent
### Lee

(10) **Patent No.:** **US 6,808,290 B2**
(45) **Date of Patent:** **Oct. 26, 2004**

(54) **LED FLASHLIGHT ASSEMBLY**

(76) Inventor: **Wen-Sung Lee**, 8F-2, No. 60-2.
Taichung Industrial Park 1Strd., Hsitun
Dist 407, Taichung (TW)

(*) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/292,677**

(22) Filed: **Nov. 12, 2002**

(65) **Prior Publication Data**

US 2004/0090777 A1 May 13, 2004

(51) **Int. Cl.$^7$** ................................................ **F21L 4/04**
(52) **U.S. Cl.** ...................... **362/202**; 362/203; 362/205;
362/204; 362/208; 362/171; 362/800; 362/197;
362/244; 362/326; 362/545; 362/241
(58) **Field of Search** ................................ 362/202, 203,
362/204, 205, 208, 171, 184, 800, 197,
244, 326, 545, 241

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,168,288 B1 * 1/2001 St. Claire ................... 362/184

6,190,020 B1 * 2/2001 Hartley ...................... 362/184

* cited by examiner

*Primary Examiner*—Stephen Husar
*Assistant Examiner*—Bertrand Zeade
(74) *Attorney, Agent, or Firm*—Charles E. Baxley

(57) **ABSTRACT**

An LED flashlight assembly includes a body, a battery seat
mounted in the body and provided with a plurality of LEDs,
and a lamp seat mounted on the body and formed with a
plurality of through holes for passage of the LEDs of the
battery seat. The lamp seat is formed with an arcuate catch
edge encompassing the periphery of the through holes. Thus,
the arcuate catch edge encompasses the periphery of the
through holes, so as to refract the beams of refracted and
dispersed light emitted from the LEDs, so that the beams of
refracted and dispersed light emitted from the LEDs are
concentrated, collected and integrated into the beams of flat
and smooth light, thereby enhancing the brightness of the
LED flashlight assembly.

**5 Claims, 9 Drawing Sheets**



**U.S. Patent**     Oct. 26, 2004     Sheet 1 of 9     US 6,808,290 B2



F I G. 1
(PRIOR ART)



F I G. 2
(PRIOR ART)

**U.S. Patent**      Oct. 26, 2004      Sheet 3 of 9      US 6,808,290 B2



FIG. 3



F I G. 4



FIG.4B



FIG.4A





Case 3:10-cv-01500-CFD   Document 1   Filed 09/21/10   Page 23 of 33



F I G. 7

Case 3:10-cv-01500-CFD   Document 1   Filed 09/21/10   Page 24 of 33



FIG. 8

**1**

# LED FLASHLIGHT ASSEMBLY

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to an LED (light emitting diode) flashlight assembly, and more particularly to an LED flashlight assembly, wherein the lamp seat is formed with an arcuate catch edge encompassing the periphery of the through holes of the lamp seat, so as to concentrate and collect the beams of light that are refracted and dispersed.

2. Description of the Related Art

A conventional LED flashlight assembly in accordance with the prior art shown in FIGS. 1 and 2 comprises a body **1**, a battery seat **2** mounted in the body **1**, a lamp seat **3** mounted in the body **1**, a plurality of LEDs **5** mounted oh the lamp seat **3**, a support seat mounted on the lamp seat **3** and formed with a plurality of through holes **6** for passage of the LEDs **5**, and a lamp shade **4** mounted on the body **1**. As shown in FIGS. 1 and 2, the beams of light emitted from the LEDs **5** are refracted in different angles by the wall **7** of the lamp shade **4**, so that the beams of light emitted from the LEDs **5** cannot be concentrated and collected, thereby decreasing the brightness of the conventional LED flashlight assembly.

## SUMMARY OF THE INVENTION

The present invention has arisen to mitigate and/or obviate the disadvantage of the conventional LED flashlight assembly.

The primary objective of the present invention is to provide an LED flashlight assembly, wherein the lamp seat is formed with an arcuate catch edge encompassing the periphery of the through holes of the lamp seat, so as to concentrate and collect the beams of light that are refracted and dispersed.

Another objective of the present invention is to provide an LED flashlight assembly, wherein the arcuate catch edge of the lamp seat encompasses the periphery of the through holes, so as to refract the beams of refracted and dispersed light emitted from the five LEDs of the battery seat, so that the beams of refracted and dispersed light emitted from the five LEDs of the battery seat are concentrated, collected and integrated into the beams of flat and smooth light, thereby enhancing the brightness of the LED flashlight assembly in accordance with the present invention.

In accordance with the present invention, there is provided an LED flashlight assembly, comprising:

a body;

a battery seat, mounted in the body and provided with a plurality of LEDs; and

a lamp seat, mounted on the body and formed with a plurality of through holes for passage of the LEDs of the battery seat;

wherein, the lamp seat is formed with an arcuate catch edge encompassing the periphery of the through holes, so as to concentrate and collect the beams of light that are emitted from the LEDs of the lamp seat and are refracted and dispersed.

Further benefits and advantages of the present invention will become apparent after a careful reading of the detailed description with appropriate reference to the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a side plan partially cross-sectional view of a conventional LED flashlight assembly in accordance with the prior art;

**2**

FIG. 2 is a schematic front plan view of the conventional LED flashlight assembly as shown in FIG. 1 in use;

FIG. 3 is a perspective view of an LED flashlight assembly in accordance with a preferred embodiment of the present invention;

FIG. 4 is an exploded perspective view of the LED flashlight assembly in accordance with the preferred embodiment of the present invention;

FIG. 4A is a partially enlarged view of the LED flashlight assembly as shown in FIG. 4;

FIG. 4B is a partially cut-away enlarged view of the LED flashlight assembly as shown in FIG. 4;

FIG. 5 is a side plan cross-sectional view of the LED flashlight assembly as shown in FIG. 3;

FIG. 5A is a cross-sectional view of the LED flashlight assembly taken along line 5A—5A as shown in FIG. 5;

FIG. 5B is a cross-sectional view of the LED flashlight assembly taken along line 5B—5B as shown in FIG. 5;

FIG. 5C is a cross-sectional view of the LED flashlight assembly taken along line 5C—5C as shown in FIG. 5;

FIG. 6 is a side plan cross-sectional view of the LED flashlight assembly as shown in FIG. 3;

FIG. 6A is a partially enlarged view of the LED flashlight assembly as shown in FIG. 6;

FIG. 6B is a cross-sectional view of the LED flashlight assembly taken along line 6B—6B as shown in FIG. 6;

FIG. 7 is a partially cut-away schematic operational view of the LED flashlight assembly as shown in FIG. 5 in use; and

FIG. 8 is a schematic front plan view of the LED flashlight assembly as shown in FIG. 3 in use.

## DETAILED DESCRIPTION OF THE INVENTION

Referring to the drawings and initially to FIGS. 3–6, an LED flashlight assembly in accordance with a first embodiment of the present invention comprises a body **10**, a battery seat **20**, a lamp seat **30**, and a lamp shade **40**.

The body **10** has an inner wall formed with a receiving space **11** having a closed first end and an opened second end formed with an opening **12**. The opening **12** of the body **10** has a peripheral wall formed with a locking groove **13** which has two opposite ends each formed with an arcuate breach **14**. The body **10** has an outer wall provided with a push button **15** that may be inserted into the receiving space **11** of the body **10**.

The battery seat **20** is cylindrical shaped, and is mounted in the receiving space **11** of the body **10**. The battery seat **20** has a peripheral wall formed with three receiving slots **21** for receiving three batteries **22** (see FIG. 5C). The battery seat **20** is provided with an IC circuit board **23**, five LEDs **24**, and a switch **25**. Thus, the push button **15** of the body **10** may be used to control operation of the switch **25** of the battery seat **20**, to conduct the electric power of the three batteries **22**, so as to light the five LEDs **24** by the IC circuit board **23**, or to shut the electric power of the three batteries **22**, so as to extinguish the five LEDs **24** by the IC circuit board **23**. The battery seat **20** has an outer wall formed with a stepped edge **26**. Preferably, the stepped edge **26** of the battery seat **20** has a periphery formed with a plurality of positioning grooves **27**.

The lamp seat **30** is hollow, and is mounted on the stepped edge **26** of the battery seat **20**. The lamp seat **30** has an inner wall formed with a plurality of inner positioning strips **31**

3

(see FIGS. 4A and 5B) each secured in a respective one of the positioning grooves 27 of the stepped edge 26 of the battery seat 20 as shown in FIGS. 5B, 6A and 6B. The lamp seat 30 has an outer wall formed with two opposite arcuate locking tenons 32 each aligning with the arcuate breach 14 of each of the two opposite ends of the locking groove 13 of the body 10. Thus, when the lamp seat 30 is inserted into the receiving space 11 of the body 10, each of the two opposite arcuate locking tenons 32 of the lamp seat 30 is initially inserted into the arcuate breach 14 of each of the two opposite ends of the locking groove 13 of the body 10. Then, the lamp seat 30 is rotated relative to the body 10, so that each of the two opposite arcuate locking tenons 32 of the lamp seat 30 is rotated and inserted into the locking groove 13 of the body 10, so that the lamp seat 30 is locked on the body 10. The outer wall of the lamp seat 30 is formed with a plurality of outer positioning strips 33. The lamp seat 30 is formed with five through holes 34 for passage of the five LEDs 24 of the battery seat 20. Preferably, the five LEDs 24 of the battery seat 20 are arranged in a cruciform shape, and the five through holes 34 of the lamp seat 30 are arranged in a cruciform shape. The lamp seat 30 is formed with an arcuate catch edge 35 (see FIGS. 4B and 5) encompassing the periphery of the five through holes 34, so as to concentrate and collect the beams of light that are refracted and dispersed.

The lamp shade 40 is a hollow cone, and is mounted on the lamp seat 30 as shown in FIG. 5A. The lamp shade 40 has an inner wall formed with a plurality of positioning grooves 41 for positioning and locking the plurality of outer positioning strips 33 of the lamp seat 30.

In operation, referring to FIG. 7, the push button 15 of the body 10 is pushed to conduct the switch 25 of the battery seat 20, to conduct the electric power of the three batteries 22 which supply the electric power so as to light the five LEDs 24 by the IC circuit board 23.

As shown in FIGS. 7 and 8, the arcuate catch edge 35 of the lamp seat 30 encompasses the periphery of the five through holes 34, so as to refract the beams of refracted and dispersed light emitted from the five LEDs 24 of the battery seat 20, so that the beams of refracted and dispersed light emitted from the five LEDs 24 of the battery seat 20 are concentrated, collected and integrated into the beams of flat and smooth light, thereby enhancing the brightness of the LED flashlight assembly in accordance with the present invention.

Although the invention has been explained in relation to its preferred embodiment(s) as mentioned above, it is to be understood that many other possible modifications and variations can be made without departing from the scope of the present invention. It is, therefore, contemplated that the

4

appended claim or claims will cover such modifications and variations that fall within the true scope of the invention.
What is claimed is:

1. An LED flashlight assembly, comprising:
a body;
a battery seat, mounted in the body and provided with a plurality of LEDs; and
a lamp seat, mounted on the body and formed with a plurality of through holes for receiving the LEDs of the battery seat;
wherein, the lamp seat is formed with an arcuate catch edge connected to and encompassing the periphery of the through holes, so as to concentrate and collect the beams of light that are emitted from the LEDs of the lamp seat and are refracted and dispersed.

2. The LED flashlight assembly in accordance with claim 1, wherein the body has an inner wall formed with a receiving space having a closed first end and an opened second end formed with an opening, the opening of the body has a peripheral wall formed with a locking groove which has two opposite ends each formed with an arcuate breach, and the lamp seat has an outer wall formed with two opposite arcuate locking tenons each aligning with and extending through the respective arcuate breach of each of the two opposite ends of the locking groove of the body and each inserted into and locked in the locking groove of the body, so that the lamp seat is locked on the body.

3. The LED flashlight assembly in accordance with claim 1, wherein the battery seat has an outer wall formed with a stepped edge, the stepped edge of the battery seat has a periphery formed with a plurality of elongated positioning grooves, and the lamp seat is mounted on the stepped edge of the battery seat and has an inner wall formed with a plurality of elongated inner positioning strips each secured in a respective one of the positioning grooves of the stepped edge of the battery seat.

4. The LED flashlight assembly in accordance with claim 1, wherein the lamp seat has an outer wall formed with a plurality of elongated outer positioning strips, and the LED flashlight assembly further comprises a lamp shade mounted on the lamp seat and having an inner wall formed with a plurality of elongated positioning grooves for positioning and locking the plurality of outer positioning strips of the lamp seat.

5. The LED flashlight assembly in accordance with claim 1, wherein the LEDs of the battery seat are arranged in a cruciform shape, and the through holes of the lamp seat are arranged in a cruciform shape for matching the LEDs of the battery seat.

* * * * *

# EXHIBIT B









# EXHIBIT C

